

# IN THE
# TENTH COURT OF APPEALS

## No. 10-21-00037-CR

**BRIAN DAVENPORT,**

           **Appellant**

 **v.**

**THE STATE OF TEXAS,**

           **Appellee**

### From the 19th District Court
### McLennan County, Texas
### Trial Court No. 2019-792-C1

## MEMORANDUM OPINION

Brian Davenport filed a notice of appeal attempting to appeal from the trial court's order denying his motion for release based upon Article 17.151 of the Texas Code of Criminal Procedure and his motion to dismiss based upon the denial of his motion for speedy trial. Because we do not have jurisdiction to consider the trial court's order denying Davenport's motions, we dismiss the appeal for lack of jurisdiction. The Code of Criminal Procedure provides that a person who is confined after indictment on a felony

charge may apply for a writ of habeas corpus in the district court in which he is indicted. *See* TEX. CRIM. PROC. ANN. ART. 11.08. We note that a notice of appeal may be filed from the denial of such application. *See Greenwell v. Court of Appeals for Thirteenth Jud. Dist.*, 159 S.W.3d 645, 650 (Tex. Crim. App. 2005).

JOHN E. NEILL
Justice

Before Chief Justice Gray,
      Justice Neill, and
      Justice Johnson
Appeal dismissed
Opinion delivered and filed March 10, 2021
Do not publish
[CR25]

